UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 7 |
| | § | |
| DALE M. McVEEN | § | Case Number: 17-82306 |
| | § | |
| Debtor. | § | JUDGE THOMAS M. LYNCH |

CERTIFICATE OF SERVICE

The undersigned certifies that on __March 5__, 2018, she served upon all persons to whom it is directed via electronic communication as indicated below and by United States Mail as indicated on the attached service list, a copy of the Notice of Trustee's Final Report.

Attorney John A. Benson, Jr.
Huck Bouma PC
1755 S. Naperville Road Suite 200
Wheaton, IL 60189

Patrick Layng
Office of the U.S. Trustee
780 Regent Street, Suite 304
Madison, WI 53715

/s/ Marti Maravich

Joseph D. Olsen, Trustee
Yalden, Olsen & Willette
1318 East State Street
Rockford, IL 61104-2228
815-965-8635
815-965-4573 (facsimile)
jolsenlaw@comcast.net

Acierno Dental
129 S. Roselle Rd., Suite 101
Schaumburg, IL 60193-5538

American Express
P.O. Box 981535
El Paso, TX 79998-1535

American Express
World Financial Center
200 Vesey Street
New York, NY 10285-1000

BlueCross BlueShield of Illinois
Medical Management
P.O. Box 805107
Chicago, IL 60680-3625

Centegra Hospital - McHenry
4201 Medical Center Drive
McHenry, IL 60050-8409

Chase Bank
P.O. Box 15298
Wilmington, DE 19850-5298

ComEd
P.O. Box 6111
Carol Stream, IL 60197-6111

First Mercantile
57 Germantown Court, 4th Floor
Cordova, TN 38018-4274

Navient
P.O. Box 9635
Wilkes-Barre, PA 18773-9635

Nicor Gas
P.O. Box 2020
Aurora, IL 60507-2020

Tech Data Corporation
5350 Tech Data Drive
Clearwater, FL 33760-3122

Wheaton Bank & Trust Company
100 North Wheaton Avenue
Wheaton, IL 60187-5256

XFinity
1585 Waukegan Road
Waukegan, IL 60085-6727

Dale Michael McVeen
5905 W. Radcliff Court
McHenry, IL 60050-9015

Navient
P.O. Box 740351
Atlanta, GA 30374-0351

Praireland Disposal Inc
21988 N. Pepper Road
Lake Barrington, IL 60010-2551