**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: MCVEEN, DALE MICHAEL                    § Case No. 17-82306
                                               §
                                               §
Debtor(s)                                      §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

    JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $530,408.00                    Assets Exempt: $223,900.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $22,054.84      Claims Discharged
                                                 Without Payment: $72,549.19

Total Expenses of Administration: $3,422.30

---

    3) Total gross receipts of $ 25,477.14 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,477.14 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,422.30 | 3,422.30 | 3,422.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 94,604.03 | 94,604.03 | 22,054.84 |
| **TOTAL DISBURSEMENTS** | $0.00 | $98,026.33 | $98,026.33 | $25,477.14 |

4) This case was originally filed under Chapter 7 on October 02, 2017. The case was pending for 7 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2018          By: /s/JOSEPH D. OLSEN
                                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Checking account: Chase Bank | 1129-000 | 20,162.36 |
| Checking account: Harris Bank | 1129-000 | 2,777.51 |
| Scottrade | 1129-000 | 2,537.27 |
| **TOTAL GROSS RECEIPTS** | | **$25,477.14** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 3,297.71 | 3,297.71 | 3,297.71 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 26.88 | 26.88 | 26.88 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 22.11 | 22.11 | 22.11 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed |
|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | N/A | 35.39 | 35.39 | 35.39 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 40.21 | 40.21 | 40.21 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $3,422.30 | $3,422.30 | $3,422.30 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Bank, FSB | 7100-000 | N/A | 31,225.10 | 31,225.10 | 7,279.44 |
| 2 | American Express Bank, FSB | 7100-000 | N/A | 28,284.35 | 28,284.35 | 6,593.87 |
| 3 | American Express Centurion Bank | 7100-000 | N/A | 2,502.69 | 2,502.69 | 583.45 |
| 4 | Navient Solutions, LLC | 7100-000 | N/A | 32,591.89 | 32,591.89 | 7,598.08 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $94,604.03 | $94,604.03 | $22,054.84 |

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82306  
**Case Name:** MCVEEN, DALE MICHAEL  

**Period Ending:** 05/10/18

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/02/17 (f)  
**§341(a) Meeting Date:** 11/09/17  
**Claims Bar Date:** 02/13/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 5905 W. Radcliff Court, McHenry, IL 60050, McHen  Imported from original petition Doc# 10 | 175,000.00 | 0.00 | | 0.00 | FA |
| 2 | Cash  Imported from original petition Doc# 10 | 550.00 | 0.00 | | 0.00 | FA |
| 3 | Checking account: Chase Bank  Imported from original petition Doc# 10 | 21,097.36 | 19,227.36 | | 20,162.36 | FA |
| 4 | Checking account: Harris Bank  Imported from original petition Doc# 10 | 3,992.56 | 3,992.56 | | 2,777.51 | FA |
| 5 | Savings account: Naperville Bank  Imported from original petition Doc# 10 | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Stove, dishwasher, refrigerator, furniture, chin  Imported from original petition Doc# 10 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | Televisions (2), computer (1), printer (1), cell  Imported from original petition Doc# 10 | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Suits, ties, dress shirts, shoes, everyday cloth  Imported from original petition Doc# 10 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | watch  Imported from original petition Doc# 10 | 30.00 | 0.00 | | 0.00 | FA |
| 10 | Golf clubs, carpentry tools  Imported from original petition Doc# 10 | 200.00 | 0.00 | | 0.00 | FA |
| 11 | Blue Cross/Blue Shield: Dale M. McVeen  Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | 401 (k) or similar plan: First Mercantile  Imported from original petition Doc# 10 | 202,000.00 | 0.00 | | 0.00 | FA |
| 13 | Scottrade  Imported from original petition Doc# 10 | 2,685.57 | 2,685.57 | | 2,537.27 | FA |
| 14 | Bishop Technologies, Inc., 100% ownership  Imported from original petition Doc# 10 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Loans to Bishop Technologies, Inc  Imported from original petition Doc# 10 | 145,000.00 | 0.00 | | 0.00 | FA |
| 16 | Dale M. McVeen Irrevocable Trust dated September  Imported from original petition Doc# 10 | 2,428.00 | 0.00 | | 0.00 | FA |

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-82306  
**Case Name:** MCVEEN, DALE MICHAEL

**Trustee:** (330400)   JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 10/02/17 (f)  
**§341(a) Meeting Date:** 11/09/17

**Period Ending:** 05/10/18

**Claims Bar Date:** 02/13/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 17   2006 Chrysler 300C, 125,000 miles. Entire proper Imported from original petition Doc# 10 | 3,000.00 | 0.00 | | 0.00 | FA |
| 18   Miso. per, property | 0.00 | 0.00 | | 0.00 | FA |
| 18   **Assets**   Totals (Excluding unknown values) | **$558,183.49** | **$25,905.49** | | **$25,477.14** | **$0.00** |

**Major Activities Affecting Case Closing:**

Conducted first meeting of creditors, determined it was an asset case, hired professionals/attorneys, procured the turnover of various accounts and fully administered the file with the exception of waiting for the proof of claim bar to pass which will pas on February 13, 2018 object to claims if necessary and make final distribution

**Initial Projected Date Of Final Report (TFR):**   June 30, 2018          **Current Projected Date Of Final Report (TFR):**   June 30, 2018

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 17-82306  
**Case Name:** MCVEEN, DALE MICHAEL  

**Trustee:** JOSEPH D. OLSEN (330400)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******8166 - Checking Account  

**Taxpayer ID #:** **-***7157  
**Period Ending:** 05/10/18  

**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/09/17 | {4} | Dale McVeen | non-exempt balance in depository account | 1129-000 | 2,777.51 | | 2,777.51 |
| 11/09/17 | {3} | Dale McVeen | non-exempt balance in depository account | 1129-000 | 20,162.36 | | 22,939.87 |
| 11/28/17 | {13} | Dale McVeen | non-exempt balance in stock account | 1129-000 | 2,537.27 | | 25,477.14 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 22.11 | 25,455.03 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.39 | 25,419.64 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.21 | 25,379.43 |
| 04/03/18 | 101 | JOSEPH D. OLSEN | Trustee's Expenses per 03/30/2018 Order (Doc 42) | 2200-000 | | 26.88 | 25,352.55 |
| 04/03/18 | 102 | JOSEPH D. OLSEN | Trustee Compensation per 03/30/2018 Order (Doc 42) | 2100-000 | | 3,297.71 | 22,054.84 |
| 04/03/18 | 103 | American Express Bank, FSB | Payment on Claim 1 (Filed/Allowed Amount $31,225.10) per Doc 38 | 7100-000 | | 7,279.44 | 14,775.40 |
| 04/03/18 | 104 | American Express Bank, FSB | Payment on Claim 2 (Filed/Allowed Amount $28,284.35) per Doc 38 | 7100-000 | | 6,593.87 | 8,181.53 |
| 04/03/18 | 105 | American Express Centurion Bank | Payment on Claim 3 (Filed/Allowed amount $2,502.69) per Doc 38 | 7100-000 | | 583.45 | 7,598.08 |
| 04/03/18 | 106 | Navient Solutions, LLC | Payment on Claim 4 (Filed/Allowed amount $32,591.89) per Doc 38 | 7100-000 | | 7,598.08 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 25,477.14 | 25,477.14 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 25,477.14 | 25,477.14 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$25,477.14** | **$25,477.14** | |

Net Receipts : 25,477.14  
Net Estate : $25,477.14

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******8166** | 25,477.14 | 25,477.14 | 0.00 |
| | $25,477.14 | $25,477.14 | $0.00 |

{} Asset reference(s)